# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 12-12318 |
|---|---|
| PHILLIP HARRIS | |
| NOREEN LYNN HARRIS | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/20/2012.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,375.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,769.83 |
| Less amount refunded to debtor | $798.58 |

**NET RECEIPTS:** $13,971.25

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $618.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,618.73

Attorney fees paid and disclosed by debtor:     $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AA/CBSD | Unsecured | 2,588.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 1,146.95 | 1,146.95 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 700.00 | 2,072.75 | 2,072.75 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 229.73 | 1,405.02 | 1,405.02 | 0.00 | 0.00 |
| CASH NOW | Unsecured | 1,097.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 2,104.34 | 2,104.34 | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 500.00 | NA | 500.00 | 140.80 | 0.00 |
| COMCAST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 2,087.85 | 2,087.85 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 2,890.63 | 2,890.63 | 0.00 | 0.00 |
| DCFS USA INC | Unsecured | NA | NA | 33,477.65 | 0.00 | 0.00 |
| DCFS USA INC | Secured | NA | 33,477.65 | 33,477.65 | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 2,301.00 | 2,301.03 | 2,301.03 | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALISTS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALISTS | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 2,404.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 21,175.00 | 22,125.68 | 22,125.68 | 3,495.28 | 0.00 |
| GE CONSUMER FINANCE | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL E TELECOM INC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 2,257.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 8,600.00 | 10,857.32 | 10,857.00 | 1,609.44 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 394.00 | 624.00 | 624.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,156.00 | 7,333.88 | 7,333.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 252.10 | 252.10 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 690.00 | 690.39 | 690.39 | 0.00 | 0.00 |
| LAKESIDE RADIOLOGISTS | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL SERVICES | Secured | 27,200.00 | NA | 32,745.00 | 4,854.00 | 0.00 |
| MB FINANCIAL SERVICES | Unsecured | 5,545.00 | NA | NA | 0.00 | 0.00 |
| METAINDIGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 361.00 | 361.10 | 361.10 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,563.00 | 1,493.40 | 1,493.40 | 0.00 | 0.00 |
| NIPSCO | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN INDIANA PUBLIC SVC | Unsecured | NA | 776.93 | 776.93 | 0.00 | 0.00 |
| OMNI HEALTH & FITNESS | Unsecured | 2,140.22 | NA | NA | 0.00 | 0.00 |
| OMNI HEALTH & FITNESS | Unsecured | 964.96 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 602.00 | 1,422.59 | 1,422.59 | 0.00 | 0.00 |
| RITL MEDICAL SERVICES | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLAND | Unsecured | 2,653.00 | NA | 2,653.67 | 0.00 | 0.00 |
| ROGERS & HOLLAND | Secured | NA | 2,653.67 | 2,653.67 | 0.00 | 0.00 |
| SCHOOL DISTRICT 218 EMP FED CU | Unsecured | 892.00 | 892.01 | 892.01 | 0.00 | 0.00 |
| SUBURBAN TOWING | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 242.30 | 242.30 | 0.00 | 0.00 |
| UNION PLANTERS PMAC | Unsecured | 20,657.00 | NA | NA | 0.00 | 0.00 |
| UNION PLANTERS PMAC | Secured | NA | NA | 20,000.00 | 0.00 | 0.00 |
| UNION PLANTERS PMAC | Secured | 144,300.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT UNION | Secured | 9,660.00 | 7,381.33 | 1,253.00 | 1,253.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 9,660.00 | NA | 7,381.33 | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 386.32 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $20,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $88,348.33 | $8,349.28 | $0.00 |
| All Other Secured | $15,263.67 | $3,003.24 | $0.00 |
| **TOTAL SECURED:** | **$123,612.00** | **$11,352.52** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,333.88 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,333.88** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,276.04** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,618.73 |
| Disbursements to Creditors | $11,352.52 |
| **TOTAL DISBURSEMENTS** : | **$13,971.25** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/27/2013                By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**